UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE ESTATE OF DEMETRIUS STANLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, et al., <br><br> Defendants. | Case No.  22-cv-03000-VKD <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** |

The Court is informed that this case has settled.  Dkt. No. 68.  Accordingly, all pending deadlines and appearances are vacated.  On or before **February 29, 2024**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **March 5, 2024 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **March 1, 2024** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: January 30, 2024

Virginia K. DeMarchi
United States Magistrate Judge